# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Defendant Under Pretrial Supervision

---

**Name of Defendant:** Samantha Sue Baldridge          **Case Number:** 4:25-CR-00121-006

**Name of Judicial Officer:**     Helen C. Adams, U.S. Magistrate Judge

**Charge:**          21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 – Conspiracy to Distribute a Controlled Substance (Ct. 1)

21 U.S.C. § 841(a)(1), 841(b)(1)(A) – Distribution of a Controlled Substance (Cts. 11 & 14)

**Placed on Bond:**     September 11, 2025

**Type of Bond:**     Personal Recognizance

**Trial Date:**     March 30, 2026

**Assistant U. S.
Attorney:**     Amy Jennings          **Defense Attorney:** Christopher Anton Clausen

---

### PETITIONING THE COURT

The probation officer believes that the defendant has violated one or more conditions of supervision, as outlined below:

### <u>Violations</u>

1.  New Law Violation – Dogs at Large

<u>Nature of Noncompliance</u>

On January 9, 2026, the defendant advised this officer she was provided a citation for Dogs at Large (Iowa District Court for Polk County Dkt. #SMAC424335. The defendant has court for said charge on January 22, 2026.

**U. S. Probation Officer Action:**

The defendant plans to attend the court hearing on January 22, 2026. She will pay any fines associated with the charges.

U.S v. Samantha Sue Baldridge (4:25-CR-00121-006)                    Information Only – January 12, 2026

**Background Information:**

On September 11, 2025, the defendant initially appeared before the Honorable Helen C. Adams. This is the defendant's second violation. On September 16, 2025, an Information Only report was filed, as the defendant possessed drug paraphernalia. The defendant has trial scheduled for March 30, 2026.

Respectfully submitted,

By _____

Ashley Knight
Supervisory U.S. Probation Officer
Date: January 12, 2026

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒    Does not object to the proposed action.

☐    Objects but does not request a formal hearing be set.

☐    Objects and will petition the Court requesting that a formal hearing be set.

AUSA: ___Amy Jennings_____    Signature: _____

☐    No further action is needed

☐    Submit a request for modification of the condition or term of supervision.

☐    Submit a request for warrant or summons.

☐    Other: _____

_____
**Signature of Judicial Officer**

_____
**Date**